
Financial Disclosure Incomplete

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |
| | Exempt |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts.) | | |
| | Exempt | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities.) | | |
| Huntington National Bank | Credit card | J |
| MBNA | Line of credit | K |
| AAA | Credit card | K |
| USDOE | Student loans | K |
| Chase | Credit card | J |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-59 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets) | | | | | | | | | |
| 1 OPERS - retirement account | | None | | | | | | | |
| 2 Prospect Bank | A | Interest | J | T | | | | | |
| 3 OH Deferred Comp - pre-tax | | | | | | | | | |
| 4   AIM Constellation | | None | J | T | | | | | |
| 5   Fidelity Contrafund | | None | J | T | | | | | |
| 6   Fidelity Growth Fund | | None | J | T | | | | | |
| 7   Vanguard Cap. Opp. Fund | | None | J | T | | | | | |
| 8   American Funds - 401K | | None | K | T | | | | | |
| 9 | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Michael H. Watson_     Date _April 6, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

## FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

TOTAL P.08

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 5 | 000 | 00 | Notes payable to banks-secured | 38 | 000 | 00 |
| U.S. Government securities-add schedule | | -0- | | Notes payable to banks-unsecured | | -0- | |
| Listed securities-add schedule | | -0- | | Notes payable to relatives | | -0- | |
| Unlisted securities--add schedule | | -0- | | Notes payable to others | | -0- | |
| Accounts and notes receivable: | | -0- | | Accounts and bills due | 51 | 000 | 00 |
| Due from relatives and friends | | -0- | | Unpaid income tax | | -0- | |
| Due from others | | -0- | | Other unpaid income and interest | | -0- | |
| Doubtful | | -0- | | Real estate mortgages payable-add schedule  Extraco Mortgage | 199 | 000 | 00 |
| Real estate owned-add schedule  Worthington, Ohio  Personal Residence | 246 | 000 | 00 | Chattel mortgages and other liens payable | | -0- | |
| Real estate mortgages receivable | | -0- | | Other debts-itemize: | | | |
| Autos and other personal property | 28 | 650 | 00 | Sallie Mae - MHW | 38 | 000 | 00 |
| Cash value-life insurance | | -0- | | USDOE - Spouse for both college | | | |
| Other assets itemize: Spouse's 401K | 16 | 700 | 00 | aged sons | 36 | 000 | 00 |
| Household Items | 156 | 500 | 00 | | | | |
| OPERS - Cash Value | 96 | 000 | 00 | | | | |
| OH Deferred Comp. - Cash Value | 5 | 700 | 00 | Total liabilities | 362 | 000 | 00 |
| Fed. & State Tax Refund - 2003 | 2 | 800 | 00 | Net Worth | 195 | 350 | 00 |
| Total Assets | 557 | 350 | 00 | Total liabilities and net worth | 557 | 350 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | -0- | | Are any assets pledged? (Add schedule) | | No | |
| On leases or contracts  Rental X 2 (2004 & 2005)  Co-signed for 2 sons | 8 | 000 | 00 | Are you defendant in any suits or legal actions? | | No | |
| Legal Claims | | -0- | | Have you ever taken bankruptcy? | | No | |
| Provision for Federal Income Tax | | -0- | | | | | |
| Other special debt | | -0- | | | | | |